UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCKLANE COMPANY, LLC,<br>as assignee of SYCAMORE VILLAGE<br>HOMEOWNERS ASSOCIATION, INC.<br><br>    Plaintiff,<br><br> v.<br><br>TRAVELERS CASUALTY INSURANCE<br>COMPANY OF AMERICA<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO.: 1:17-CV-2158<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Travelers Casualty Insurance Company of America ("Travelers"), by counsel, hereby files this *Notice of Removal* to remove the above-entitled action to this Court based upon the following supporting grounds. Removing party Travelers, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

1. Removing party, Travelers, is the Defendant in the above-entitled action.

2. On May 4, 2017, Plaintiff Rocklane Company, LLC, as assignee of Sycamore Village Homeowners Association, Inc. ("Plaintiff"), filed its *Complaint for Breach of Insurance Contract* (the "Complaint") against Travelers in the Monroe Circuit Court of the State of Indiana, Cause No. 53C01-1705-PL-000990 (the "State Court Action"), and the case is now pending therein.

3. On June 7, 2017, removing party Travelers was served by certified mail with a Summons and the Complaint in the above-entitled action at its offices at the offices of its agent for service of process in Indiana – Corporation Service Company, 251 East Ohio Street, Indianapolis, Indiana.

4. No further proceedings have been had in the Monroe Circuit Court.

5. Plaintiff's Complaint alleges a claim for breach of an insurance contract.  *See* Compl., a true and accurate copy of the Complaint is attached hereto as *Exhibit A*.

6. The amount in controversy in the above-entitled action, exclusive of interest and costs, exceeds $75,000.

7. Plaintiff Rocklane Company, LLC is an Indiana domestic limited liability company with its principal place of business located in Indianapolis, Marion County, Indiana.

8. Plaintiff Rocklane Company, LLC consists of two members, Randal Scott Adkins and Christopher Jay Burkert.

9. Mr. Adkins is a resident and citizen of Indiana.

10. Mr. Burkert is a resident and citizen of Indiana.

11. Plaintiff Rocklane Company, LLC is a citizen of Indiana.

12. Assignor Sycamore Village Homeowners Association, Inc. is an Indiana domestic nonprofit corporation with its principal place of business located in Bloomington, Monroe County, Indiana; therefore, assignor Sycamore Village Homeowners Association, Inc. is a resident and citizen of Indiana.

13. Defendant Travelers is a Connecticut corporation with its principal place of business in Hartford, Connecticut; therefore, Travelers is a resident and citizen of the State of Connecticut.

14. This Court has original diversity jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.

15. This Notice is being filed with this Court within 30 days after service of the Summons and Complaint on removing party Travelers.

16. Pursuant to 28 U.S.C. §1446(d), removing party Travelers will notify the clerk of the court in the State Court Action of this removal, and will give notice thereof to all adverse parties.

17. Copies of the Complaint and Summons served on Travelers are attached hereto and made a part hereof as *Exhibit A* and *Exhibit B* respectively.

WHEREFORE, removing party Travelers Casualty Insurance Company of America prays that the above-entitled action be removed from the Monroe Circuit Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

/s/ Eric C. McNamar
John C. Trimble, #1791-49
Eric C. McNamar, #22467-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-3199
Telephone: (317) 237-0500
Facsimile: (317) 630-2790
E-Mail: jtrimble@lewiswagner.com
E-Mail: emcnamar@lewiswagner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2017, a copy of the foregoing Notice of Removal was filed electronically, but notice of this filing will be sent by first class U.S. Mail postage pre-paid to the following counsel of record:

Donald D. Levenhagen
LANDMAN BEATTY, LAWYERS, LLP
9100 Keystone Crossing, Suite 870
P.O. Box 40960
Indianapolis, IN  46240
*Attorneys for Plaintiff*

                                                    /s/ Eric C. McNamar
                                                  ERIC C. MCNAMAR

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-3199
Telephone:  (317) 237-0500
Facsimile:    (317) 630-2790
E-Mail: jtrimble@lewiswagner.com
E-Mail: emcnamar@lewiswagner.com