UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCKLANE COMPANY, LLC as Assignee of SYCAMORE VILLAGE HOMEOWNERS ASSOCIATION, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Defendant. | ) CASE NO.: 1:17-cv-02158-JMS-DLP |
| SYCAMORE VILLAGE HOMEOWNERS ASSOCIATION, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter came before the Court on the Stipulation of Dismissal filed herein by the parties, and the Court, being duly advised in the premises now finds that said Stipulation should be GRANTED [125].

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that this matter be, and it hereby is, dismissed with prejudice, costs paid.

Date: 3/5/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to:

John C. Trimble/Eric C. McNamar
LEWIS WAGNER, LLP
500 Place
501 Indiana Avenue, Suite 200
Indianapolis, Indiana  46202
jtrimble@lewiswagner.com
emcnamar@lewiswagner.com


Donald D. Levenhagen
Carl A. Hayes
LANDMAN & BEATTY, LAWYERS,
LLP 9100 Keystone Crossing, Suite 870
Post Office Box 40960
Indianapolis, IN 46240
dlevenhagen@landmanbeatty.com
chayes@landmanbeatty.com